**Fill in this information to identify the case:**

Debtor 1  Charles N. Byrd

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number  22-01582

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust

Court claim no. (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:  6 3 6 1

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 3/21/2022 Proof of Claim, Plan Review & 410A Prep | (5) | $ 1,200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Charles N. Byrd
      First Name    Middle Name    Last Name

Case number *(if known)* 22-01582

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date  04 / 15 / 2022

Print: Molly Slutsky Simons
    First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
    Number    Street
Loveland, OH 45140
    City    State    ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email  bankruptcy@sottileandbarile.com

Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# INVOICE

**BILL TO**
SN Servicing Corporation
323 Fifth Street
Eureka, CA  95501

**INVOICE #** ▮▮▮▮
**DATE** 03/21/2022

**S&B FILE NUMBER**
▮▮▮▮▮▮▮

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Byrd, Charles ▮▮▮▮ - Proof of Claim/Plan Review - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1 | 950.00 | 950.00 |
| Byrd, Charles ▮▮▮▮ - 410A Prep - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1 | 250.00 | 250.00 |

BALANCE DUE **$1,200.00**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 22-01582 |
| Charles N. Byrd<br>  *aka* Charles Byrd<br>  *aka* Charles Nathan Byrd, III | Chapter 13 |
| Debtor. | Hon. Judge Donald R. Cassling |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on April 15, 2022, before the hour of 5:00 p.m.

Martin J O'Hearn, Debtor's Counsel
martinohearnlaw@sbcglobal.net

Thomas H. Hooper, Trustee
thomas.h.hooper@chicagoch13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Charles N. Byrd, Debtor
9215 South Troy Avenue
Evergreen Park, IL 60805

Dated: April 15, 2022

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor